**ORIGINAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

DANIEL PRAINO,

        Plaintiff,

       v.

PRUDENTIAL EQUITY GROUP, LLC and
PRUDENTIAL FINANCIAL, INC.,

        Defendants.

------------------------------------------------X

07-cv-1163 (VM)

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned action, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is hereby extended to February 29, 2008.

Dated: New York, New York
       January 30, 2008

STIPULATED AND AGREED:

By: _____
    Cindy D. Salvo

THE SALVO LAW FIRM, P.C.
303 South Broadway, Suite 222
Tarrytown, New York 10591
(914) 366-7466

*Attorneys for Plaintiff*

By: _____
    Andrew J. Schaffran

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants Prudential Equity Group, LLC and Prudential Financial, Inc.*

SO ORDERED: 31 January 2008

_____
Victor Marrero, U.S.D.J.