MARRERO, S.

FROM :                    FAX NO. :9732286492          Feb. 21 2008 05:28PM P 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
DANIEL PRAINO,                         :

       Plaintiff,                      :

   v.                                  :    07-cv-1163 (VM)

PRUDENTIAL EQUITY GROUP, LLC and       :
PRUDENTIAL FINANCIAL, INC.,
       Defendants.                     :

-------------------------------------- X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-22-08

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned action, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is hereby extended to March 21, 2008.

Dated: New York, New York
February 21, 2008

STIPULATED AND AGREED:

By: _____          By: _____ /ncs
    Cindy D. Salvo                          Andrew J. Schaffran

THE SALVO LAW FIRM, P.C.               MORGAN, LEWIS & BOCKIUS LLP
303 South Broadway, Suite 222          101 Park Avenue
Tarrytown, New York 10591              New York, New York 10178
(914) 366-7466                         (212) 309-6000

*Attorneys for Plaintiff*              *Attorneys for Defendants Prudential Equity Group, LLC and Prudential Financial, Inc.*

SO ORDERED: 22 February 2008

_____
Victor Marrero, U.S.D.J.