ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
DANIEL PRAINO,                       :
                                     :
                Plaintiff,           :    11631
                                     :    07-cv-~~1163~~ (VM)
        v.                           :
                                     :
PRUDENTIAL EQUITY GROUP, LLC and     :
PRUDENTIAL FINANCIAL, INC.,          :
                                     :
                Defendants.          :
                                     :
------------------------------------ X

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned action, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is hereby extended to April 11, 2008.

Dated: New York, New York
       March 19, 2008

STIPULATED AND AGREED:

By: _____          By: _____
    Cindy D. Salvo                         Andrew J. Schaffran

THE SALVO LAW FIRM, P.C.               MORGAN, LEWIS & BOCKIUS LLP
303 South Broadway, Suite 222          101 Park Avenue
Tarrytown, New York 10591              New York, New York 10178
(914) 366-7466                         (212) 309-6000

Attorneys for Plaintiff                Attorneys for Defendants Prudential Equity
                                       Group, LLC and Prudential Financial, Inc.

SO ORDERED: 24 March 2008

_____
Victor Marrero, U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```