*MEMORANDUM*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DANIEL PRAINO,

        Plaintiff,

        v.

PRUDENTIAL EQUITY GROUP, LLC and
PRUDENTIAL FINANCIAL, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

11631

07-cv-1163 (VM)

## STIPULATION EXTENDING DEFENDANTS'
## TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

Defendants in the above-captioned action, that Defendants' time to answer, move or otherwise

respond to the Complaint in this action is hereby extended to April 18, 2008.

Dated: New York, New York
      April 2, 2008

STIPULATED AND AGREED:

By: _____
   Cindy D. Salvo

THE SALVO LAW FIRM, P.C.
303 South Broadway, Suite 222
Tarrytown, New York 10591
(914) 366-7466

*Attorneys for Plaintiff*

By: *Andrew Schaffran* /ms
   Andrew J. Schaffran

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants Prudential Equity
Group, LLC and Prudential Financial, Inc.*

SO ORDERED: 7 April 2008

_____
Victor Marrero, U.S.D.J.