101 Park Avenue
New York, NY 10178-0060
212.309.6000
Fax: 212.309.6273

# Morgan, Lewis
# &Bockius LLP

COUNSELORS AT LAW

Thomas A. Linthorst
212.309.6600
tlinthorst@morganlewis.com

May 30, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-08
```

**BY FACSIMILE (212) 805-6382**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

Re:   *Daniel Praino v. Prudential Equity Group, LLC and Prudential Financial, Inc.*
      **Case No. 07-CV-11631**

Dear Judge Marrero:

We represent Defendants Prudential Equity Group, LLC and Prudential Financial, Inc. in the above-referenced matter. On April 30, 2008, at the parties' request, this Court entered a Conditional Order of Discontinuance, conditionally discontinuing the action and giving the parties 30 days to submit their own Stipulation of Dismissal for the Court to So Order. The parties have finalized the settlement papers and I was expecting to be able to submit them to the Court today, along with the Stipulated Order Approving Settlement and Dismissal. The entry of that Order is a condition of the settlement. However, I was unable to make contact with Plaintiff's counsel today. I understand she may be in depositions.

In any event, Defendants respectfully request a continuance of the Conditional Order of Discontinuance to permit the parties to submit the settlement papers on or before June 6, 2008.

Thank you for your consideration.

Respectfully submitted,

*Thomas A. Linthorst*

Thomas A. Linthorst

```
Request GRANTED. The Conditional Order of Discontinuance herein
is amended to extend until  6-6-08  the date by which
plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

6-2-08                                VICTOR MARRERO, U.S.D.J.
DATE
```

cc:   Cindy D. Salvo, Esq.
      The Salvo Law Firm (via facsimile)
      Andrew J. Schaffran, Esq.