ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DANIEL PRAINO,                        :

      Plaintiff,                 :

    v.                                :     07-cv-11631 (VM)

PRUDENTIAL EQUITY GROUP, LLC and      :
PRUDENTIAL FINANCIAL, INC.,           :

      Defendants.                :

------------------------------------- X

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6-10-08 |

**STIPULATED ORDER APPROVING SETTLEMENT AND DISMISSAL**

After a confidential *in camera* review of the Confidential Settlement Agreement and General Release, the Court approves the settlement and release of claims in this matter and hereby dismisses the entire action, on the merits, and with prejudice as to all claims, with each side to bear its own attorneys' fees and costs except as set forth in the Confidential Settlement Agreement and General Release.

**APPROVED AND SO ORDERED**

Dated: 10 June 2008

_____
The Honorable Victor Marrero
United States District Judge

> SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.
>
> SO ORDERED.
>
> 6-10-08
> Date          Victor Marrero, U.S.D.J.